FILED: December 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4184
(5:95-cr-00142-FL-1)

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

STEPHAN M. BULLIS,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed November 26, 2024, as follows:

On page 4, in the last paragraph, the second sentence is corrected to read, "Following a hearing, the district court imposed a revised sentence of 450-months' imprisonment on Count 2 and 240 months on Counts 1, 4, and 5, all to run concurrently."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk